**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Dale R. Packard          BK NO. 20-02533 HWV

Debtor(s)

Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVI11 and index same on the master mailing list.

    Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
13 Oct 2020, 13:28:59, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322