United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dale R Packard  
    Debtor(s)

Case No. 20-02533-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Oct 30, 2020     Form ID: ntcnfhrg     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale R Packard, 274 Glendale Avenue, Lewistown, PA 17044-9010 |
| 5354131 | | Citimortgage, Inc./ Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 5354132 | | Comcast, Bank Processing Center 0102, PO Box 820124, Philadelphia, PA 19182-0124 |
| 5355530 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5354136 | | Geisinger, PO Box 27727, Newark, NJ 07101-7727 |
| 5354137 | + | J D Byrider, 3510 W College Avenue, State College, PA 16801-2507 |
| 5354138 | + | Kimbra Packard, 274 Glendale Ave, Lewistown, PA 17044-9010 |
| 5354139 | + | Lendmark Financial Services, Nittany Commons, 2264 E College Avenue, State College, PA 16801-7205 |
| 5354142 | + | State Farm Insurance, c/o Dan Bennett, 324 S Logan Blvd, Suite A, Burnham, PA 17009-1867 |
| 5354143 | + | United States Office Of, Personnel Management, PO Box 45, Boyers, PA 16017-0045 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Oct 30 2020 19:12:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5354133 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2020 19:33:43 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 5354134 | | Email/Text: derrysewer@comcast.net | Oct 30 2020 19:11:00 | Derry Township Sewer Authority, 75 Reserve Lane, Lewistown, PA 17044 |
| 5354135 | | Email/Text: Bankruptcy.Consumer@dish.com | Oct 30 2020 19:12:00 | Dish Network, Dept 0063, Palatine, IL 60055-0063 |
| 5358419 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 30 2020 19:11:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5356061 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2020 19:34:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5354140 | + | Email/Text: blegal@phfa.org | Oct 30 2020 19:12:00 | PHFA, 211 N Front Street, Harrisburg, PA 17101-1466 |
| 5359741 | + | Email/Text: blegal@phfa.org | Oct 30 2020 19:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15205, Harrisburg, PA 17101-1406 |
| 5354141 | | Email/Text: philadelphia.bnc@ssa.gov | Oct 30 2020 19:12:00 | Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
| 5354144 | + | Email/Text: skorman@uoc.com | Oct 30 2020 19:12:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5355531 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 1 Dale R Packard pat@turnerandoconnell.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVI11 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Dale R Packard, | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−02533−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 9, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 16, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2020 |

ntcnfhrg (03/18)