United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dale R Packard  
    Debtor

Case No. 20-02533-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 11, 2021      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

**Recip ID**      **Recipient Name and Address**  
    +    Payroll Department, CME Manufacturing, 4000 Clayton Road, PO Box 4098, Maryville, TN 37802-4098

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 1 Dale R Packard pat@turnerandoconnell.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVI11 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE
DALE R. PACKARD                    :
                                   : Case No. 1:20-02533 HWV

## ORDER

Upon consideration of the above-named debtor having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED, that until further Order of this Court, the entity from who the debtor receives income:

Payroll Department
CME Manufacturing
4000 Clayton Road
PO Box 4098
Maryville, TN 37802 deduct from said debtor's income the sum of $257.44 from each weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the employer from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues be paid to the debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: January 8, 2021          By the Court,

                                _____
                                Henry W. Van Eck, Chief Bankruptcy Judge (LS)