LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Dale R. Packard

**Debtor(s)**

Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII

**Plaintiff(s)/Movant(s)**
vs.
Dale R. Packard
Kimbra J. Sheaffer
aka Kimbra J. Packard, Co Debtor
Jack N Zaharopoulos, Trustee

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-20-bk-02533-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Relief from Stay Co-Debtor Stay & In Rem Relief

Document #: 51

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties are working on a possible settlement of Motion for Relief from the Automatic Stay.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 9, 2021

/s/ Lorraine Gazzara Doyle

Attorney for Fay Servicing, LLC

Name: Lorraine Gazzara Doyle

Phone Number: (212) 471-5100

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.