

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 19, 2021

United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

**RE: Dale R Packard (1:20-bk-02533-HWV)**

Dear Clerk:

Please be advised our office represents Secured Creditor Fay Servicing, LLC in the above referenced matter. Our office is requesting a Certified copy of the Relief Order entered on October 13, 2021 at Docket #57.

Please do not hesitate to contact our office should you have any questions or require any additional information regarding this matter. Thank you for your time and attention to this matter.

                                        Respectfully Submitted,

                                        By: /s/ Lorraine Gazzara Doyle
                                        Lorraine Gazzara Doyle, Esq.
                                        FRIEDMAN VARTOLO LLP
                                        Attorneys for Movant
                                        1325 Franklin Avenue, Suite 230
                                        Garden City, New York 11530
                                        T: (212) 471-5100
                                        F: (212) 471-5150
                                        Bankruptcy@FriedmanVartolo.com