IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DALE R PACKARD | : |
| | : CASE NO.: 1:20-bk-02533-HWV |

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius hereby enters his Appearance as Counsel in this matter on behalf of Dale R Packard, Debtor.

Date: August 12, 2022

s/Chad J. Julius
Chad J. Julius
I.D. No. 209496
Jacobson, Julius & Harshberger
8150 Derry Street, Ste. A
Harrisburg, PA 17111
717-909-5858
717-909-7788 [fax]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
DALE R PACKARD :
: CASE NO.: 1:20-bk-02533-HWV

## CERTIFICATE OF SERVICE

I, Dera Shade, with JJH Law Firm, do hereby certify that on this day I served the within *Entry of Appearance* upon the following persons via the ECF/CM and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:
Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street,
P.O. Box 969
Harrisburg, PA 17101-0969

FIRST CLASS Mail -

All creditors on the mailing matrix (attached).


DATED: August 12, 2022          Dera L. Shade
                                Dera Shade, Paralegal

```
Label Matrix for local noticing              (p)MCCALLA RAYMER LEIBERT PIERCE  LLC         Fay Servicing, LLC as servicer for U.S. Bank
0314-1                                       ATTN ATTN WENDY REISS                         c/o Friedman Vartolo, LLP
Case 1:20-bk-02533-HWV                       1544 OLD ALABAMA ROAD                         85 Broad Street, Suite 501
Middle District of Pennsylvania              ROSWELL GA 30076-2102                         New York, NY 10004-1734
Harrisburg
Fri Aug 12 13:35:45 EDT 2022

Pennsylvania Housing Finance Agency/Homeowne U.S. Bankruptcy Court                         Citimortgage, Inc./ Fay Servicing
211 North Front Street                       Ronald Reagan Federal Building                PO Box 88009
Harrisburg, PA 17101-1406                    228 Walnut St, Rm 320                         Chicago, IL 60680-1009
                                             Harrisburg, PA 17101-1737


Comcast                                      Credit One Bank                               (p)DERRY TOWNSHIP SANITARY SEWER AUTHORITY
Bank Processing Center 0102                  PO Box 60500                                  ATTN CAROLYN MUMPER
PO Box 820124                                City Of Industry, CA 91716-0500               74 RESERVE LANE
Philadelphia, PA 19182-0124                                                                LEWISTOWN PA 17044-8647


Dish Network                                 Geisinger                                     J D Byrider
Dept 0063                                    PO Box 27727                                  3510 W College Avenue
Palatine, IL 60055-0063                      Newark, NJ 07101-7727                         State College, PA 16801-2507


Kimbra Packard                               LVNV Funding, LLC                             Lendmark  Financial Services
274 Glendale Ave                             Resurgent Capital Services                    Nittany Commons
Lewistown, PA 17044-9010                     PO Box 10587                                  2264 E College Avenue
                                             Greenville, SC 29603-0587                     State College, PA 16801-7205


(p)LENDMARK FINANCIAL SERVICES               PHFA                                          Pennsylvania Housing Finance Agency/HEMAP
2118 USHER ST                                211 N Front Street                            211 North Front Street
COVINGTON GA 30014-2434                      Harrisburg, PA 17101-1466                     PO BOX 15205
                                                                                           Harrisburg, PA 17101-1406


Social Security Administration               Social Security Administration                State Farm Insurance
Office of Central Operations                 Office of the General Counsel                 c/o Dan Bennett
1500 Woodlawn Drive                          300 Spring Garden St, 6th Fl.                 324 S Logan Blvd, Suite A
Baltimore, MD 21241-1500                     Philadelphia, PA 19123-2924                   Burnham, PA 17009-1867


U.S. Bank National Association               (p)U S  OFFICE OF PERSONNEL MANAGEMENT        United States Office Of
c/o Fay Servicing, LLC                       ATTN RETIREMENT POLICY                        Personnel Management
PO Box 814609                                ROOM 3326                                     PO Box 45
Dallas, TX 75381-4609                        1900 E STREET NW                              Boyers, PA 16017-0045
                                             WASHINGTON DC 20415-0001


United States Trustee                        University Orthopedics Center                 Dale R Packard
228 Walnut Street, Suite 1190                101 Regent Court                              274 Glendale Avenue
Harrisburg, PA 17101-1722                    State College, PA 16801-7965                  Lewistown, PA 17044-9010


(p)JACK N  ZAHAROPOULOS                      James H Turner
ATTN CHAPTER 13 TRUSTEE                      Turner and O'Connell
8125 ADAMS DRIVE SUITE A                     915 N Mountain Road
HUMMELSTOWN PA 17036-8625                    Suite D
                                             Harrisburg, PA 17112-1793
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Derry Township Sewer Authority<br>75 Reserve Lane<br>Lewistown, PA 17044 | (d)Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| Lendmark Financial Services, LLC<br>2118 Usher Street<br>Covington, GA 30014 | US Office of Personnel Management<br>OPM, Retirement Policy, Retirement Servi<br>1900 E. Street, NW, Room 3326<br>Washington, DC 20415 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, not in its

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29