United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Dale R Packard
    Debtor

Case No. 20-02533-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Dale R Packard, 274 Glendale Avenue, Lewistown, PA 17044-9010 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Natio, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 5354131 | | Citimortgage, Inc./ Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 5354132 | | Comcast, Bank Processing Center 0102, PO Box 820124, Philadelphia, PA 19182-0124 |
| 5354136 | | Geisinger, PO Box 27727, Newark, NJ 07101-7727 |
| 5354137 | + | J D Byrider, 3510 W College Avenue, State College, PA 16801-2507 |
| 5354138 | + | Kimbra Packard, 274 Glendale Ave, Lewistown, PA 17044-9010 |
| 5354139 | + | Lendmark Financial Services, Nittany Commons, 2264 E College Avenue, State College, PA 16801-7205 |
| 5354142 | + | State Farm Insurance, c/o Dan Bennett, 324 S Logan Blvd, Suite A, Burnham, PA 17009-1867 |
| 5354143 | + | United States Office Of, Personnel Management, PO Box 45, Boyers, PA 16017-0045 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: blegal@phfa.org | Apr 10 2023 18:35:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5354133 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2023 18:42:56 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 5354134 | | Email/Text: derrysewer@comcast.net | Apr 10 2023 18:34:00 | Derry Township Sewer Authority, 75 Reserve Lane, Lewistown, PA 17044 |
| 5354135 | | Email/Text: Bankruptcy.Consumer@dish.com | Apr 10 2023 18:34:00 | Dish Network, Dept 0063, Palatine, IL 60055-0063 |
| 5358419 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 10 2023 18:34:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5356061 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2023 18:42:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5355530 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 10 2023 18:34:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5354140 | + | Email/Text: blegal@phfa.org | Apr 10 2023 18:35:00 | PHFA, 211 N Front Street, Harrisburg, PA 17101-1466 |
| 5359741 | + | Email/Text: blegal@phfa.org | Apr 10 2023 18:35:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15205, Harrisburg, PA 17101-1406 |
| 5391680 | + | Email/Text: ssa.bankruptcy@ssa.gov | Apr 10 2023 18:34:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., Philadelphia, PA 19123-2924 |
| 5354141 | | Email/Text: ssa.bankruptcy@ssa.gov | | |

|  |  | Apr 10 2023 18:34:00 | Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore, MD 21241-1500 |
|---|---|---|---|
| 5382067 | Email/Text: RetirementPolicy@opm.gov | Apr 10 2023 18:34:00 | US Office of Personnel Management, OPM, Retirement Policy, Retirement Servi, 1900 E. Street, NW, Room 3326, Washington, DC 20415 |
| 5371356 | ^ MEBN | Apr 10 2023 18:29:49 | U.S. Bank National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5354144 | + Email/Text: skorman@uoc.com | Apr 10 2023 18:35:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5355531 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVI11 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 1 Dale R Packard cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 1 Dale R Packard pat@turnerandoconnell.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Lorraine Gazzara Doyle |  |

District/off: 0314-1

Date Rcvd: Apr 10, 2023

User: AutoDocke

Form ID: pdf010

Page 3 of 3

Total Noticed: 24

on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII ldoyle@logs.com, LOGSECF@logs.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :      CHAPTER 13
                                          :
DALE R. PACKARD                           :
              Debtors                     :      Bankruptcy No. 1:20-bk-02533-HWV

## ORDER

Upon consideration of the Debtor's Motion to Dismiss his Chapter 13 case pursuant to

11 U.S.C. §1307(b), IT IS HEREBY **ORDERED** that the above-captioned Bankruptcy case is

dismissed.


By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 10, 2023